**CHERYL D. UZAMERE**
**APPEARING PRO SE**
Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Cell: (332) 345-0002
E-mail: cuzamere@netzero.net



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK )<br>)<br>)<br>-v-    )<br>)<br>CHERYL D. UZAMERE             )<br>               Defendant.    ) | Criminal Action No.: 24-cv-5449<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that I, Cheryl D. Uzamere, the Defendant in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Order entered on July 23, 2024.

Dated: August 15, 2024

*Cheryl D. Uzamere*
**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Cell: (332) 345-0002
E-mail: cuzamere@netzero.net

Page 1

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
Cheryl D. Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Cell: (332) 345-0002
E-mail: cuzamere@netzero.net

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK ) ) ) -v- ) ) Defendant. ) | Criminal Action No.: 24-cv-5449 **AFFIRMATION OF SERVICE** |

I, Cheryl D. Uzamere states the following under penalty of perjury:

That I am over 18 years old and reside at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, NY, 11208.

On the 15th day of August, 2024, I served the Notice of Appeal through the New York State Unified Court System's NYSCEF System; and

in a properly addressed and sealed envelope, with the proper postage prepaid thereon, in a Post Office or official depository under the exclusive custody and control of the United States Postal Service located within the State of New York addressed to the place of employment of the attorney listed below:

To: Letitia James, Esq.
    New York State Attorney General's Office
    55 Hanson Place
    10th Floor
    Brooklyn, NY 11217

Page 1

I affirm this 15th day of August, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: August 15, 2024

*Cheryl D. Uzamere*
**CHERYL D. UZAMERE**
**APPEARING PRO SE**
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Cell: (332) 345-0002
E-mail: cuzamere@netzero.net

Cheryl D Uzamere
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208

RECEIVED
AUG 23 2024
PRO SE OFFICE

RECEIVED
AUG 23 2024
CLERK'S OFFICE
S.D.N.Y.

Retail

UNITED STATES POSTAL SERVICE

10007

RDC 99

U.S.
FCM
BRO
AUG

$0

S232

Clerk of Court
U.S. District Court
for the Southern District
of New York
500 Pearl Street
New York, NY 10007

PRO SE



CLOSED,APPEAL,ECF,PRO−SE

## U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24−cv−05449−JMF

The People of The State of New York v. Uzamere
Assigned to: Judge Jesse M. Furman
Cause: 28:1441nr Notice of Removal

Date Filed: 07/12/2024
Date Terminated: 07/23/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**The People of The State of New York**

V.

**Defendant**

**Cherly D. Uzamere**  represented by  **Cherly D. Uzamere**
1209 Loring Ave.
Brooklyn, NY 11208
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2024 | 1 | NOTICE OF REMOVAL from Criminal Court, County of Kings. Case Number: 2009KN087922..Document filed by Cherly D. Uzamere. (Attachments: # 1 Exhibit 2).(rdz) (Entered: 07/19/2024) |
| 07/12/2024 | | Case Designated ECF. (rdz) (Entered: 07/19/2024) |
| 07/12/2024 | 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/24) (rdz) (Entered: 07/19/2024) |
| 07/12/2024 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(rdz) (Entered: 07/19/2024) |

| | | |
|---|---|---|
| 07/12/2024 | 3 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Cherly D. Uzamere..(rdz) (Entered: 07/19/2024) |
| 07/12/2024 | 4 | LETTER addressed to Judge Colleen McMahon from Cheryl D. Uzamere dated 7/12/24 re: Does Court's Bar order Prevent the filing of notices of removal in Criminal Cases. Document filed by Cherly D. Uzamere..(rdz) (Entered: 07/19/2024) |
| 07/12/2024 | | Magistrate Judge Katharine H. Parker is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (rdz) (Entered: 07/19/2024) |
| 07/23/2024 | | MAILING RECEIPT: Document No: 2. Mailed to: Cherly D. Uzamere 1209 Loring Ave. Brooklyn, NY 11208. (sac) (Entered: 07/23/2024) |
| 07/23/2024 | 5 | ORDER. It is hereby ORDERED that this action is REMANDED to the Criminal Court of the State of New York, Kings County, pursuant to 28 U.S.C. § 1455(b)(4). This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). The Clerk of Court is directed to mail a copy of this Order to Defendant and to that court, and to close this action. SO ORDERED. (Signed by Judge Jesse M. Furman on 7/23/24) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 07/23/2024) |
| 07/23/2024 | | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the State Court − Criminal Court of the State of New York, County of Kings. Sent certified copy of docket entries and remand order. Mailed via UPS Tracking Number 1ZE22E530210051090 on 7/25/24. (yv) (Entered: 07/25/2024) |
| 07/24/2024 | | MAILING RECEIPT: Document No: 5. Mailed to: Cherly D. Uzamere 1209 Loring Ave. Brooklyn, NY 11208. (kgo) (Entered: 07/24/2024) |
| 08/23/2024 | 6 | NOTICE OF APPEAL from 5 Order. Document filed by Cherly D. Uzamere..(nd) (Entered: 08/27/2024) |
| 08/27/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal..(nd) (Entered: 08/27/2024) |
| 08/27/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 6 Notice of Appeal filed by Cherly D. Uzamere were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/27/2024) |