UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
THE PEOPLE OF THE STATE OF NEW YORK,                                    :
                                                                        :
                              Plaintiff,                                :
                                                                        :      24-CV-5449 (JMF)
              -v-                                                       :
                                                                        :      ORDER
CHERLY D. UZAMERE,                                                      :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 12, 2024, this action was removed from the Criminal Court of the State of New York, Kings County, by *pro se* Defendant Cheryl D. Uzamere. *See* ECF No. 1.

      A defendant removing a criminal action to federal district court must file a notice of removal in "the district court of the United States for the district and division within which such prosecution is pending." 28 U.S.C. § 1455(a). Uzamere is being prosecuted in Kings County, New York, which falls within the Eastern District of New York. *See* 28 U.S.C. § 112(c). The notice of removal was not filed in the district court of the district in which the prosecution is pending, *see* 28 U.S.C. § 1455(a), and is therefore improper.[1]

      Accordingly, it is hereby ORDERED that this action is REMANDED to the Criminal Court of the State of New York, Kings County, pursuant to 28 U.S.C. § 1455(b)(4). This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this Order to Defendant and to that court, and to close this action.

      SO ORDERED:

Dated: July 23, 2024
      New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge

---

[1] Defendant is subject to an Order barring her "from filing any future civil action *in forma pauperis* without first obtaining from the Court leave to file." *Uzamere v. State of N.Y.*, 19-CV-9064 (CM), ECF No. 13 (S.D.N.Y. Oct. 22, 2019), *aff'd*, No. 19-3825 (2d Cir. June 8, 2020). Because the removal was improper, the Court need not and does not decide whether that Order applies to removal of an action from state court.